IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD WAYNE CARTER                                                                           PLAINTIFF

V.                              CASE NO.: 5:08CV00222 JMM/BD

ARKANSAS DEPARTMENT OF CORRECTION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this   3   day of  September, 2008.

_____
UNITED STATES DISTRICT JUDGE